R. Eugene Pincham and Charles B. Evins, for defendant-appellants; John C. Melaniphy (Sydney R. Drebin, Rita Ivy Epstein, of counsel) for plaintiff-appellee. Opinion by JUSTICE ROBSON. Not to be published in full.

Dr. Bernard Apanel, M.D., and Mrs. Nellie Dare, in Her Own Behalf and on Behalf of Other Inhabitants of the Town of Wood River, Madison County, Illinois, Who Are Sick, Injured or Maimed and Similarly Situated to Her, Plaintiffs, Dr. Jack Dayan, Plaintiff-Appellee, and Sam F. Bonner, in His Own Behalf and on Behalf of Other Inhabitants of the Town of Wood River, Madison County, Illinois, Who Are Sick, Injured or Maimed and Similarly Situated to Him, Plaintiff, v. Wood River Township Hospital, a Municipal Corporation, Martin Langehaug et al., Defendants-Appellants.

Term No. 58–M–7.

Fourth District.

October 1, 1958.

Released for publication October 29, 1958.

Francis J. Manning, and Charles M. O'Brien, for appellants; Anthony W. Daly, and Emerson Baetz, for plaintiff-appellee. Opinion by PRESIDING JUSTICE BARDENS. Not to be published in full.

Bernard Majewski, Individually and as Trustee Under a Certain Trust Deed Recorded as Document Number 16167039, Plaintiff-Appellee, v. Vincent James Gallina, Marion Kogut, Individually and d/b/a M. K. Realty, Supreme Savings and Loan Association, M. Luparello, G. Petersen and Frank Rusin, Defendants.
On Appeal of Vincent James Gallina and Frank Rusin, Defendants-Appellants.

Gen. No. 47,267.

First District, Second Division.
October 7, 1958.
Released for publication October 23, 1958.

Melvin B. Lewis, for James Gallina and Frank Rusin, defendants-appellants; Stanley Werdell and Edward A. Bogucki, for Bernard Majewski, plaintiff-appellee. Opinion by JUSTICE KILEY. Not to be published in full.